ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANIE BYRD,<br><br>        Plaintiff,<br><br>        vs.<br><br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:25-cv-01401-FRS (EPG)<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from February 16, 2026, up to and including April 17, 2026.  This is Defendant's first request for an extension.

Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion.  The undersigned has several competing deadlines in pending cases, as well as planned leave.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Ext.; 1:25-cv-01401-FRS *(EPG)*                    1

Respectfully submitted,

Dated: January 27, 2026                    /s/ *Sherianne Laba\**
                                           (*as authorized via e-mail on January 27, 2026)
                                           SHERIANNE LABA
                                           Attorney for Plaintiff


Dated: January 27, 2026                    ERIC GRANT
                                           United States Attorney
                                           MATHEW W. PILE
                                           Head of Program Litigation 1
                                           Social Security Administration

                                  By:      /s/ *Erin Jurrens*
                                           ERIN JURRENS
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation (Doc. No. 14) and good cause having been shown, IT IS SO ORDERED that:

1.  Defendant shall have an extension, up to and including April 17, 2026, to respond to Plaintiff's Motion for Summary Judgment; and

2.  All other dates in the Court's Scheduling Order (Doc. No. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:    **January 27, 2026**                    /s/ _Eric P. Grojer_
                                                  UNITED STATES MAGISTRATE JUDGE